COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-366-CR

                                                 
 

ERNEST ALFORD COLLIFLOWER           APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 43
RD
 DISTRICT 
COURT OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f). 

PER CURIAM

PANEL F: 
DAUPHINOT, J.; CAYCE, C.J.; and LIVINGSTON
, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b) 

DELIVERED: March 15, 2007 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.